*Office Docket*, MS p. 101, c. 1.   (Case 7 of 1820)

STEPHEN MACK *versus* JOHN RULAND, JOSEPH RULAND, SARAH PARKER, ISAAC RULAND, SUSAN RULAND, ISRAEL RULAND, ELIZA JANE HILL AND LEWIS BOND, ADMINISTRATOR OF THE ESTATE OF ISRAEL RULAND, DECEASED

JOURNAL ENTRIES (1818–25): *Journal 2:* (1) Case to be entered same as case 567 *p. 634; (2) publication ordered, rule to answer *p. 635; (3) rule to appear, publication ordered, rule for subpoena, continued *p. 708. *Journal 3:* (4) Continued *p. 292; (5) dismissed nisi *p. 496. *Journal 4:* (6) Dismissed MS p. 59.

PAPERS IN FILE: [None]

*Office Docket*, MS p. 101, c. 2.   (Case 12 of 1820)